NONPAREIL CORK MFG. CO. v. KEASBEY & MATTISON CO. (Circuit Court of Appeals, Third Circuit. March 4, 1903.) No. 1. In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania. Arthur B. Huey, for plaintiff in error. Henry La Barre Jayne, for defendant in error.

PER CURIAM. This cause being called for argument in its regular order, and on motion of counsel for defendant in error, it is now here ordered and adjudged that the writ of error be, and the same is hereby, dismissed at the costs of plaintiff in error.